IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>FAYEZ SAROFIM,<br><br>   Defendant. | Civil Action No.: 1:16-cv-02156-RC<br><br>Judge Rudolph Contreras |

**DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(G) BY FAYEZ SAROFIM**

Under Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), defendant Fayez Sarofim ("Sarofim"), by its attorney, submits this description of all written or oral communications by or on behalf of Sarofim with any officer or employee of the United States concerning the proposed Final Judgment filed in this action on October 27, 2016. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).

To the best of Sarofim's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of Sarofim with any officer or employee of the United States concerning the proposed Final Judgment, except for communications between counsel of record for Sarofim and employees of the Department of Justice Antitrust Division. Sarofim therefore certifies that, with the exception of the timing of the filing of this description, the requirements of Section 2(g) have been complied with and that this

1

description of communications by or on behalf of Sarofim and required to be reported under Section 2(g) is true and complete.

Dated: November 7, 2016
Washington, D.C.

    /s/ *Vadim M. Brusser*
Vadim M. Brusser
D.C. Bar No.: 496358
Vadim.brusser@weil.com
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7224
Facsimile:  (202) 857-0940

*Attorney for Fayez Sarofim*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 7th day of November, 2016, the foregoing Certification of Compliance under 15 U.S.C. § 16(g) was filed using the CM/ECF system, which shall send notice to all counsel of record.

                                /s/ *Vadim M. Brusser*
                                Vadim M. Brusser, Esq.